# JOHN LEHR, P.C.
1979 MARCUS AVENUE, SUITE 210
NEW HYDE PARK, NEW YORK 11042
jlehr@johnlehrpc.com
**TEL:** 1 (516) 200-3523

March 4, 2025

**By ECF**

Hon. Philip Bentley
One Bowling Green
New York, NY 10004-1408

                Re:    Cecilio Trent
                       Case No. 24-11039

Dear Judge Bentley:

     This office represents Robert and McKenzie Ferrara. the Debtor in the above referenced Chapter 13 case. I write this letter to confirm that the confirmation hearing scheduled for March 6, 2025 is being adjourned to June 12, 2025. Thank you for the Court's time and consideration.

                                    Respectfully,

                                    */s/John Lehr*
                                    John Lehr